UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Jose M. Munoz Sanchez<br><br>　　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.21-13233-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of March, 2022, by first class mail upon those listed below:

Jose M. Munoz Sanchez
1017 North Front Street
Reading, PA  19601

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee