United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jose M. Munoz Sanchez  
    Debtor

Case No. 21-13233-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 05, 2022     Form ID: 155     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz Sanchez, 1017 North Front Street, Reading, PA 19601-1401 |
| 14653968 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14668961 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669095 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14653971 | + | UGI, PO Box 930, Reading, PA 19607 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14653960 | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2022 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14653961 | + | Email/Text: bsimmons@amsher.com | May 05 2022 23:49:00 | AmSher Collection Serv., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14653962 | | Email/Text: bankruptcy@bbandt.com | May 05 2022 23:48:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14653963 | + | Email/Text: documentfiling@lciinc.com | May 05 2022 23:48:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 14653964 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 05 2022 23:49:00 | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14660453 | + | Email/Text: mrdiscen@discover.com | May 05 2022 23:48:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14653966 | + | Email/Text: mrdiscen@discover.com | May 05 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14653967 | | Email/Text: paparalegals@pandf.us | May 05 2022 23:49:00 | LVNV Funding, c/o Patenaude Felix APC, 501 Corporate Dr. Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14660208 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2022 23:56:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14656940 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 23:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14653969 | | Email/Text: blegal@phfa.org | May 05 2022 23:49:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14669453 | + | Email/Text: blegal@phfa.org | May 05 2022 23:49:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14653970 | + | Email/Text: enotifications@santanderconsumerusa.com | May 05 2022 23:49:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14657954 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2022 23:56:12 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: 155 | Total Noticed: 19 |

Oklahoma City, OK 73118-7901

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14653965 | *+ | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose M. Munoz Sanchez tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jose M. Munoz Sanchez
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−13233−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 5th 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

29
Form 155