Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-13233-PMM**

Jose M. Munoz Sanchez  
1017 North Front Street  
Reading  PA    19601

Petition Filed Date: 12/07/2021  
341 Hearing Date: 02/01/2022  
Confirmation Date: 05/05/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $475.00 | | 02/15/2022 | $475.00 | | 03/14/2022 | $475.00 | |
| 04/29/2022 | $685.64 | | 05/31/2022 | $685.64 | | | | |

**Total Receipts for the Period: $2,796.28   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,796.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $2,572.58 | $577.42 |
| 1 | SANTANDER CONSUMER USA »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $645.91 | $0.00 | $645.91 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $2,319.70 | $0.00 | $2,319.70 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $446.03 | $0.00 | $446.03 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $5,746.99 | $0.00 | $5,746.99 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $33,305.68 | $0.00 | $33,305.68 |

**Chapter 13 Case No. 21-13233-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,796.28 | Current Monthly Payment: | $685.64 |
| Paid to Claims: | $2,572.58 | Arrearages: | $1,371.28 |
| Paid to Trustee: | $223.70 | Total Plan Base: | $40,506.48 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.