United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13233-pmm |
| Jose M. Munoz Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz Sanchez, 1017 North Front Street, Reading, PA 19601-1401 |
| 14653968 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14668961 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669095 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14696403 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14653971 | + | UGI, PO Box 930, Reading, PA 19607 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 08 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14653960 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2022 23:57:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14653961 | + | Email/Text: bsimmons@amsher.com | Sep 08 2022 23:58:00 | AmSher Collection Serv., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14653962 | | Email/Text: bankruptcy@bbandt.com | Sep 08 2022 23:58:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14653963 | + | Email/Text: documentfiling@lciinc.com | Sep 08 2022 23:57:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 14653964 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 08 2022 23:58:00 | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14660453 | + | Email/Text: mrdiscen@discover.com | Sep 08 2022 23:57:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14653966 | + | Email/Text: mrdiscen@discover.com | Sep 08 2022 23:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14653967 | | Email/Text: paparalegals@pandf.us | Sep 08 2022 23:58:00 | LVNV Funding, c/o Patenaude Felix APC, 501 Corporate Dr. Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14660208 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14656940 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14653969 | | Email/Text: blegal@phfa.org | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 08 2022 23:58:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14668961 | ^ | MEBN | | |
| | | | Sep 08 2022 23:53:32 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669453 | + | Email/Text: blegal@phfa.org | | |
| | | | Sep 08 2022 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14653970 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 08 2022 23:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14657954 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 09 2022 00:03:10 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14653965 | *+ | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14696250 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose M. Munoz Sanchez tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Jose M. Munoz Sanchez

                  Debtor

Chapter 13

Bankruptcy No. 21-13233-PMM

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 8, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE